IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MECHATRONIC TECHNIQUES, INC., TED COX, and BRENT MCMILLAN, *Plaintiffs*, | § § § § | |
| v. | § § | Case No. 4:13-cv-127 |
| SONG JIN-IL, JOON HO, KEVIN LEE, FASTECH CO LTD, *Defendants*. | § § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 17, 2014, the report of the Magistrate Judge (Dkt. 24) was entered containing proposed findings of fact and recommendations that Defendant Kevin Lee's Motion to Dismiss (Dkt. 8) be **GRANTED** and Defendant Joon Ho's Motion to Dismiss (Dkt. 7) be **DENIED**.

No objections to the report were filed. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. However, Plaintiffs have now filed an Amended Complaint (Dkt. 27) addressing the issues raised by the Magistrate Judge's Report and Recommendation.

Accordingly, in light of the filing of the Amended Complaint, Defendant Kevin Lee's Motion to Dismiss (Dkt. 8) is **DENIED** and Defendant Joon Ho's Motion to Dismiss (Dkt. 7) is **DENIED**.

**SIGNED this the 29th day of September, 2014.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1